AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Maine | |
|---|---|---|
| Name (under which you were convicted):<br>Robert Burton | DEC 22 2025 | Docket or Case No.:<br>1:25-cv-640-JAW |
| Place of Confinement :<br>Maine State Prison | ERIC M. STORMS, CLERK<br>BY_____<br>DEPUTY CLERK | Prisoner No.:<br>45874 |
| Petitioner (include the name under which you were convicted)<br><br>Robert Burton | v. | Respondent (authorized person having custody of petitioner)<br><br>Nathan Thayer, Warden |
| The Attorney General of the State of: Maine | | |

PORTLAND
RECEIVED AND FILED

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Penobscot County Superior Court, Bangor Maine

    (b) Criminal docket or case number (if you know):    PEN-CR-2016-1569

2.  (a) Date of the judgment of conviction (if you know): 10/05/2017

    (b) Date of sentencing:    12/15/2017

3.  Length of sentence:    55 years

4.  In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes    ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    Murder

    Illegal Possession of a firearm

6.  (a) What was your plea? (Check one)

    ☑ (1)    Not guilty        ☐ (3)    Nolo contendere (no contest)

    ☐ (2)    Guilty            ☐ (4)    Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes    ☐ No

8.  Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.  If you did appeal, answer the following:

(a) Name of court:    Maine Supreme Judicial Court

(b) Docket or case number (if you know):    Pen-18-2

(c) Result:    Conviction affirmed

(d) Date of result (if you know):    12/11/2018

(e) Citation to the case (if you know):    2018 ME 162

(f) Grounds raised:

Two issues with juror questionnaires

Admission of prior convictions

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court:    _____

(2) Docket or case number (if you know):    _____

(3) Result:    _____

Page 3 of 16

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐  Yes    ☑  No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?    ☑  Yes    ☐  No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court:    Penobscot County Unified Criminal Docket

(2) Docket or case number (if you know):    PENCD-CR-2019-332

(3) Date of filing (if you know):    02/04/2019

(4) Nature of the proceeding:    Petition for Post-Conviction Review (PCR)

(5) Grounds raised:

Ineffective Assistance of Counsel - Failure to hire mental health expert

Ineffective Assistance of Counsel - Failure to employ crime scene reenactment expert

Ineffective Assistance of Counsel  - Failure to hired forensic expert for cellphone

Ineffective Assistance of Counsel  - Failure to properly advise on testifying at trial

Ineffective Assistance of Counsel  - Failure to seek jury instruction on adequate provocation

Ineffective Assistance of Counsel - Appellate counsel failed to communicate and discuss issu

Lack of State & federal Due Process and Right to fair Trial

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑  Yes    ☐  No

(7) Result:    PCR denied

06/27/2024

AO 241 (Rev. 09/17)

(8) Date of result (if you know):    06/27/2024

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐  Yes        ☐  No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

AO 241 (Rev. 09/17)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    ☑ Yes    ☐ No

    (2) Second petition:  ☐ Yes    ☐ No

    (3) Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

    **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**  Ineffective Assistance of Trial Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to investigate and/or hire a forensic expert to perform a neuro-psychological examination of

Petitioner to address a significant prior head trauma suffered by Petitioner and whether it could have supported

supported a defense of adequate provocation, could have affected his decision-making capabilities at the time

of the incident and the immediate aftermath, or could have served as a mitigating factor in sentencing.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective assistance of counsel claims cannot be raised on direct appeal

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Petition for Post-conviction Review (PCR)

Name and location of the court where the motion or petition was filed:

Penobscot County Superior Court Bangor Maine

Docket or case number (if you know):    PENCD-CR-2019-332

Date of the court's decision:    06/27/2024

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion or petition?    ☑ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Maine Supreme Judicial Court

Docket or case number (if you know):    Pen-24-348

Date of the court's decision:    03/24/2025

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____

_____

_____

| **GROUND TWO:** | Ineffective Assistance of Trial Counsel |
|---|---|

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to employ an expert on crime scene re-enactment and present a professional re-enactment

as discussed with Petitioner showing alternative narrative potentially resulting in a finding of self-defense,

including but not limited to independent expert to assess wound to Petitioner and singe residue on shirt.

Counsel's botched re-enactment with Petitioner on the witness stand left an improper imprint of the incident in

the minds of jurors

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

Ineffective assistance of counsel cannot be raised on direct appeal

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    PCR

Name and location of the court where the motion or petition was filed: _____

All answers in this subsection (d) same as ground 1

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐  Yes    ☐  No

(4) Did you appeal from the denial of your motion or petition?               ☐  Yes    ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐  Yes    ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:**        Ineffective Assistance of Trial Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to employ a forensic expert and obtain independent forensic analysis of cell phone extraction

information to document text and browsing history between Petitioner, named victim, and others to establish

and document an accurate timeline of the relationship in the months immediately preceding the incident.

Additionally, said independent forensic analysis of the cell phone should have included geographic location data

and photos from Petitioner's phone. Said analysis and testimony at trial should have also addressed  missing

text messages from procured data

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

Ineffective assistance of counsel cannot be raised on direct appeal

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    PCR

Name and location of the court where the motion or petition was filed: _____

All answers in this subsection (d) same as ground 1

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** Ineffective Assistance of Trial Counsel

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to adequately advise Petitioner about the pros/cons of testifying in his own defense such that

Petitioner's decision to testify was not done knowingly, counsel failed to adequately prepare him to testify and

changed strategy about the re-enactment as Petitioner was testifying causing confusion for the Petitioner,

Counsel failed to consult with Petitioner at key times during the trial including failing to consult with

him/inform him of sidebar conversations, Counsel failed to fully investigate and/or hire independent investigator

to reconstruct alleged crime scene and question procedures employed by law enforcement agencies at alleged

crime scene and question procedures employed by law enforcement agencies at alleged crime scene, and failed to

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

Ineffective assistance of counsel cannot be raised on direct appeal

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    PCR

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

All answers in this subsection (d) same as ground 1

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                           ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?                      ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

       ❐ Yes    ❐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    ❐ Yes    ❐ No

    (2) Second petition:   ❐ Yes    ❐ No

    (3) Third petition:    ❐ Yes    ❐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

    **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ~~ONE~~** FIVE **:** Ineffective Assistance of Trial Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to seek a jury instruction on adequate provocation to support manslaughter

when the evidence indicated that Petitioner was shot first and was in an altered emotional state when he shot the

named victim and had a significant prior head injury which could have contributed to his mental state.

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐  Yes    ☑  No

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective assistance of counsel cannot be raised on direct appeal

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    PCR

Name and location of the court where the motion or petition was filed:

All answers in this subsection (d) same as Ground 1

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion or petition?    ☐  Yes    ☐  No

(4) Did you appeal from the denial of your motion or petition?    ☐  Yes    ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐  Yes    ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND ~~TWO~~ SIX:**      Ineffective Assistance of Appellate Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Appellate counsel failed to adequately consult and communicate with petitioner about his case during the

appellate process, and failed to raise several viable issues on appeal, including whether one juror

was improperly subjected to outside influence, and another juror was friends with a witness who testified

at trial. Appellate counsel also failed to raise on appeal the issues contained in Ground Seven below.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)      **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes    ☑ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

Ineffective assistance of counsel cannpt be raised on direct appeal

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

     ☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:      PCR

Name and location of the court where the motion or petition was filed:

All answers in this subsection (d) are same as Ground 1

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?              ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?         ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND ~~THREE~~ SEVEN:**      Lack of State and Federal Due Process and Right to Fair Trial

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1. Father of named victim was allowed to wear a symbolic display of emotion (T-shirt with a picture of victim on it)

during the trial which was visible to members of the jury and which may have caused a verdict based on an

emotional response by jurors. 2. Lead Detective and witness Jennifer Fiske was allowed to sit at counsel table

trial which violated the spirit of the sequestration order and added to her credibility as a witness. 3. Lack of control

over the courtroom: Allowing armed, uniformed Maine State Troopers to stand in back of courtroom causing jurors

to feel intimidated; allowing excessive foot traffic into and out of courtroom.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

Ineffective assistance of counsel cannot be raised on direct appeal

_____

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    PCR

Name and location of the court where the motion or petition was filed: _____

All answers in this subsection (d) are same as Ground 1

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?    ☑ Yes    ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them:    _____

        _____

        _____

        _____

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

        No _____

        _____

        _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?    ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available.    _____

    _____

    _____

    _____

    _____

    _____

    _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?    ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised.    _____

    _____

    _____

    _____

    _____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial:    Hunter Tzovarras 88 Hammond St suite 301 Bangor ME 04401

Zach Brandmeir 108 State St. Suite 2C Bangor ME 04401

(d) At sentencing:    Same as (c)

_____

(e) On appeal:    Jeremy Pratt Pratt & Simmons 20 Mechanic St Suite 201 Camden ME 04843

_____

(f) In any post-conviction proceeding:    Michelle King 52 Center Street 2d Fl Portalnd ME 04101

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

Michelle King 52 Center Street 2d Fl Portland ME 04101

_____

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☐ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

State remedies were exhausted when Maine Supreme Judical Court affirmed lower court's denial of

Petition for Post Conviction Review. PCR tolled the one year limit

_____

_____

_____

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)      The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

Order release from custody, order a new trial, or order resentencing for lower sentence
_____

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was ~~placed in the prison mailing system on~~ (month, date, year).

HAND DELIVERED TO COURT   12/22/2025

Executed (signed) on   12-19-2025   (date).

_____

Robert G. Burton

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____