STATE OF MAINE

SUPREME JUDICIAL COURT
Sitting as the Law Court
Docket No. Pen-24-348

ROBERT G. BURTON
    Petitioner

v.

**ORDER DENYING CERTIFICATE OF PROBABLE CAUSE**

STATE OF MAINE
    Respondent

Panel: MEAD, HORTON, CONNORS, LAWRENCE, and DOUGLAS, JJ.

    Pursuant to 15 M.R.S. § 2131(1) (2024) and M.R. App. P. 19, Robert G. Burton has filed a notice of appeal and memorandum seeking a certificate of probable cause permitting full review by the Law Court of the trial court's denial of his petition for post-conviction review.

    Burton contends that the trial court erred or exceeded its discretion in denying his petition based on his claim of ineffective assistance of counsel. The Court has reviewed the judgment entered in the trial court and has fully considered the request for a certificate of probable cause. The Court has determined that no further hearing or other action is necessary to a fair disposition of the matter.

    It is therefore ORDERED that the request for a certificate of probable cause to proceed with the appeal is hereby DENIED.

Dated: March 10, 2025

For the Court,

*/s/ Matthew E. Pollack*

Matthew E. Pollack
Clerk of the Law Court
Pursuant to M.R. App. P. 12A(b)(5)(B)