UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ROBERT BURTON | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:25-cv-00640-JAW |
| | ) | |
| NATHAN THAYER | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision, filed October 23, 2026 (ECF No. 6), the Recommended Decision is accepted.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

Accordingly, it is hereby ORDERED that the Magistrate Judge's Recommended Decision (ECF No. 6) is AFFIRMED and the Plaintiff's Petition (ECF No. 1) is DISMISSED without prejudice. The Court denies a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases

because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2026